GEORGE JEROME, Appellant-Respondent, *v.* HENRY YUDT et al., Respondents-Appellants.

Supreme Court, Appellate Term, First Department, October 24, 1946.

*Sol S. Ostertag* for appellant-respondent.

*Joseph S. Rodell* for respondents-appellants.

MEMORANDUM *Per Curiam.* The Stabilization Extension Act of 1944, which modified subdivision (e) of section 205 of the Emergency Price Control Act of 1942 (U. S. Code, tit. 50, Appendix, § 925, subd. [e]), prevents the collection of cumulative damages. The maximum that the plaintiff can recover for a series of overcharges is three times the amount of the overcharges or $50, whichever sum is the greater.

The judgment should be modified by reducing the recovery thereof to the sum of $156, with interest and costs, and as modified affirmed, without costs to either party.

McLAUGHLIN, EDER and HECHT, JJ., concur.

Judgment accordingly.